IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - x
                              :
In re:                        : Chapter 11
                              :
SPORTSMAN'S WAREHOUSE,        : Case No. 09-10990 (CSS)
INC., et al.,                 :
                              : Jointly Administered
            Debtors.[1]       :
                              : **Hrg Date: 4/15/09 at 3:00 p.m.**
                              : **Related Docket Nos. 15, 49**
- - - - - - - - - - - - - - - x

**NOTICE OF FINAL FINANCING ORDER (I) AUTHORIZING THE
DEBTORS TO INCUR POST-PETITION INDEBTEDNESS WITH
ADMINISTRATIVE SUPERPRIORITY AND SECURED BY SENIOR LIENS
ON SUBSTANTIALLY ALL ASSETS PURSUANT TO SECTION 364(c)
AND (d) OF THE BANKRUPTCY CODE, (II) GRANTING USE OF CASH
COLLATERAL, (III) GRANTING ADEQUATE PROTECTION,
AND (IV) GRANTING OTHER RELATED RELIEF**

PLEASE TAKE NOTICE that on March 21, 2009, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Debtors' Motion For Interim And Final Orders Pursuant To 11 U.S.C. §§ 105, 361, 362, 363, 364 And 507 And Federal Rules Of Bankruptcy Procedure 4001 (I) Authorizing Debtors (A) To Obtain Postpetition Financing And (B) To Utilize Cash Collateral;

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sportsman's Warehouse, Inc. (2614), Pacific Flyway Wholesale, Inc. (5734), Minnesota Merchandising Corp. (2908), Sportsman's Aviation, LLC (4736), Sportsman's Warehouse Southwest, Inc. (8590), and Sportsman's Warehouse Holdings, Inc. (5614).

(II) Granting Adequate Protection; And (III) Scheduling Interim And Final Hearings (Docket No. 15) (the "Motion").

PLEASE TAKE FURTHER NOTICE that on March 24, 2009, the Bankruptcy Court (defined below) entered an interim order (Docket No. 49) (the "Interim Order") granting the Motion on an interim basis.

PLEASE TAKE FURTHER NOTICE that the final hearing on the Motion (the "Final Hearing") will be held on **April 15, 2009 at 3:00 p.m. Eastern Time** before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge for the District of Delaware, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 5th Floor, Courtroom 6, 824 Market Street, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that the proposed Final Financing Order (I) Authorizing the Debtors to Incur Post-Petition Indebtedness with Administrative Superpriority and Secured by Senior Liens on Substantially All Assets Pursuant to Section 364(c) and (d) of the Bankruptcy Code, (II) Granting Use of Cash Collateral, (III) Granting Adequate Protection, and (IV) Granting Other Related Relief (the "Proposed Final DIP Order") is attached hereto as Exhibit A.

2

PLEASE TAKE FURTHER NOTICE that the Proposed Final DIP Order is still being reviewed by various parties in interest. Accordingly, such Proposed Final DIP Order may be further amended or modified prior to the Final DIP Hearing, and black-line copies will be made available at the Final DIP Hearing.

Dated:    Wilmington, Delaware
           April 13, 2009

       /s/ Kristhy M. Peguero
Gregg M. Galardi (I.D. No. 2991)
Kristhy M. Peguero (I.D. No. 4903)
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM, LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
(302) 651-3000
(302) 651-3001

- and -

Glenn S. Walter
Emily C. Ma
SKADDEN, ARPS, SLATE, MEAGHER
  & FLOM, LLP
300 South Grand Avenue
Suite 3400
Los Angeles, California 90071
(213) 687-5000
(213) 687-5600

Proposed Counsel for Debtors and
Debtors in Possession