IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTSMAN'S WAREHOUSE, INC., et al.,[1] | Case No. 09-10990 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF (A) ENTRY OF ORDER CONFIRMING SECOND AMENDED JOINT PLAN OF REORGANIZATION OF SPORTSMAN'S WAREHOUSE, INC. AND AFFILIATE DEBTORS, (B) EFFECTIVE DATE AND (C) BAR DATES FOR FILING ADMINISTRATIVE CLAIMS, PROFESSIONAL FEE CLAIMS AND CONTRACT/LEASE REJECTION DAMAGES CLAIMS

**PLEASE TAKE NOTICE that:**

A. On July 30, 2009, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Findings of Fact, Conclusions of Law and Order Confirming the Second Amended Joint Plan of Reorganization of Sportsman's Warehouse, Inc. and Affiliate Debtors* [Docket No. 535] (the "Confirmation Order")[2]. The Confirmation Order was duly docketed in the Office of the Clerk of the United States Bankruptcy Court for the District of Delaware (Docket No. 535). Among other things, the Confirmation Order confirmed the *Second Amended Joint Plan of Reorganization of Sportsman's Warehouse, Inc. and Affiliate Debtors* (the "Plan") [Docket No. 411] as satisfying the requirements of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and authorized the above-captioned Debtors to implement the Plan on the Effective Date.

B. Copies of the Confirmation Order and Plan are available from the claims agent upon written request to Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245 or by visiting www.kccllc.net/sportsmans. Parties also may obtain a copy of the Confirmation Order and Plan online through the Bankruptcy Court website at www.deb.uscourts.gov (a PACER account is required).

C. On August 14, 2009, the Plan became effective in accordance with its terms as set forth in Section 9.2 of the Plan (the "Effective Date"). Each of the conditions precedent to the consummation of the Plan have been satisfied or waived in accordance with the Plan as

---

[1] The Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sportsman's Warehouse, Inc. (2614), Pacific Flyway Wholesale, Inc. (5734), Minnesota Merchandising Corp. (2908), Sportsman's Aviation, LLC (4736), Sportsman's Warehouse Southwest, Inc. (8590) and Sportsman's Warehouse Holdings, Inc. (5614).

[2] Unless otherwise defined herein, capitalized terms used herein have the meanings ascribed to such terms in the Second Amended Joint Plan of Reorganization of Sportsman's Warehouse, Inc. and Affiliate Debtors (the "Plan") or the Confirmation Order, as applicable.

set forth in that certain Consent and Waiver of Certain Conditions Precedent to the Effective Date of Debtors' Joint Plan of Reorganization dated August 14, 2009 which is incorporated herein by reference.

D. In accordance with Section 11.1 of the Plan, all Administrative Claims arising on or after June 1, 2009 shall be served and filed with the Bankruptcy Court, so as to be actually received no later than September 28, 2009, unless otherwise ordered by the Bankruptcy Court (the "Administrative Claims Bar Date"), on O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071 (Attn: Stephen H. Warren, Esq.), counsel for the Plan Sponsor and the Reorganized Debtors and Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.), counsel for the Debtors. Notwithstanding the foregoing and as set forth in the Plan, Holders of Administrative Claims first arising from and after the Petition Date through and including May 31, 2009 were required to file their Administrative Expense Requests on or before June 30, 2009 at 5:00 p.m. (Pacific Daylight Time) and nothing herein or in the Plan or Confirmation Order extends the foregoing date.

E. In accordance with Section 11.2 of the Plan, **all final requests for Payment of Professional Fee Claims pursuant to sections 327, 328, 330, 331, 503(b), or 1103 of the Bankruptcy Code must be served and filed with the Bankruptcy Court, so as to be actually received no later than October 13, 2009, unless otherwise ordered by the Bankruptcy Court, on each of** (i) Sportsman's Warehouse, Inc., 7035 High Tech. Drive, Midvale, Utah 84047 (Attn: Kevan Talbot), the Reorganized Debtors, (ii) Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.), counsel for the Debtors; (iii) Greenberg Traurig LLP, The Nemours Building, 1007 North Orange Street, Suite 1200, Wilmington, Delaware 19801 (Attn: Donald J. Detweiler, Esq.), counsel for the Official Committee of Unsecured Creditors; (iv) Seidler Equity Partners, 4640 Admiralty Way, Suite 1200, Marina Del Rey, California 90292, the Plan Sponsor, (v) O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071 (Attn: Stephen H. Warren, Esq.), counsel for the Plan Sponsor and the Reorganized Debtors, and (vi) all other parties requesting notice in the above-captioned chapter 11 case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

F. In accordance with Section 6.4 of the Plan, **if the rejection of an executory contract or unexpired lease pursuant to the Plan results in a Claim, then such Claim shall be forever barred and shall not be enforceable against any Debtor or Reorganized Debtor or the properties of any of them unless a Proof of Claim is filed within thirty (30) days after entry of the Confirmation Order with the claims agent,** Sportsman's Warehouse Claims Processing Center, c/o Kurtzman Carson Consultants LLC, 2335 Alaska Avenue, El Segundo, California 90245, **and served upon** O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, California 90071 (Attn: Stephen H. Warren, Esq.), counsel for the Plan Sponsor and the Reorganized Debtors and Skadden, Arps, Slate, Meagher & Flom LLP, One Rodney Square, P.O. Box 636, Wilmington, Delaware 19899-0636 (Attn: Gregg M. Galardi, Esq.), counsel for the Debtors.

Dated: August 17, 2009
       Wilmington, Delaware

                    Mark D. Collins (No. 2981)
                    Jason M. Madron (No. 4431)
                    RICHARDS, LAYTON & FINGER, P.A.
                    One Rodney Square
                    920 North King Street
                    Wilmington, Delaware 19801
                    Telephone: (302) 651-7700
                    Facsimile: (302) 651-7701

                              -and-

                    Stephen H. Warren (*pro hac vice*)
                    O'MELVENY & MYERS LLP
                    400 South Hope Street
                    Los Angeles, California 90071
                    Telephone: (213) 430-6000
                    Facsimile: (213) 430-6407

                    *Co-Counsel for the Reorganized Debtors*