IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SPORTSMAN'S WAREHOUSE, INC., et al.,[1] | Case No. 09-10990 (CSS) |
| Reorganized Debtors. | Jointly Administered |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 11, 2009 AT 10:00 A.M. (EDT)[2]**

I. **WITHDRAWN MATTER:**

    1.    Motion to Extend the Automatic Stay Provisions of Bankruptcy Code Section 362 to Current Directors and Officers [Docket No. 189; filed 4/17/09]

        Objection/Response Deadline:    April 24, 2009 at 4:00 p.m.

        Objections/Responses Received:

        A.    Objection of First American Bank to the Debtors' Motion for Extension of the Automatic Stay to All Current Directors and Officers [Docket No. 212; filed 4/24/09]

        B.    Objection of Columbia Sportswear Company to Debtors' Motion for Order Extending Automatic Stay to Directors and Officers [Docket No. 214; filed 4/24/09]

        C.    Limited Objection of Official Committee Of Unsecured Creditors to Debtors' Motion to Extend the Automatic Stay Provisions of Bankruptcy Code Section 362 to Current Directors and Officers [Docket No. 223; filed 4/27/09]

---

[1] The Reorganized Debtors and the last four digits of their respective taxpayer identification numbers are as follows: Sportsman's Warehouse, Inc. (2614), Pacific Flyway Wholesale, Inc. (5734), Minnesota Merchandising Corp. (2908), Sportsman's Aviation, LLC (4736), Sportsman's Warehouse Southwest, Inc. (8590) and Sportsman's Warehouse Holdings, Inc. (5614).

[2] The hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801. Any party who wishes to appear telephonically at the September 11, 2009 hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (Eastern Daylight Time) on Thursday, September 10, 2009** in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*. All pleadings referenced herein are available online at http://www.kccllc.net/sportsmans.

Related Documents:

i. Motion to Shorten Notice with Respect to Debtors' Motion to Extend the Automatic Stay Provisions of Bankruptcy Code Section 362 to Current Directors and Officers [Docket No. 190; filed 4/17/09]

ii. Order to Shorten Notice With Respect to Debtors' Motion for Order Extending the Automatic Stay Provisions of Bankruptcy Code Section 362 to Current Directors and Officers [Docket No. 194; filed 4/21/09]

iii. Order (INTERIM) Extending the Automatic Stay Provisions of Bankruptcy Code Section 362 To Current Directors And Officers [Docket No. 252; filed 4/30/09]

iv. Order (SECOND INTERIM) Extending the Automatic Stay Provisions of Bankruptcy Code Section 362 to Current Directors and Officers [Docket No. 402; filed 6/24/09]

v. Notice of Adjourned/Rescheduled Hearing on Debtors' Motion for Order Under Bankruptcy Code Sections 105(a) and 362 Extending the Automatic Stay Provisions of Bankruptcy Code Section 362 to Current Directors and Officers [Docket No. 596; filed 8/12/09]

vi. Notice of Withdrawal of "Debtors' Motion for Order Under Bankruptcy Code Sections 105(a) and 362 Extending the Automatic Stay Provisions of Bankruptcy Code Section 362 to Current Directors and Officers" [Docket No. 629; filed 8/25/09]

Status: On August 25, 2009, the Debtors withdrew this matter. Accordingly, no hearing is necessary.

## II. CONTINUED MATTERS:

2. Debtors' Motion for Order Under 11 U.S.C. §§ 105(a) and 365(a) and Fed. R. Bankr. P. 6006 (I) Authorizing Assumption of the Debtors' Unexpired Nonresidential Real Property Leases and (II) Fixing Cure Amounts [Docket No. 460; filed 7/14/09]

Response Deadline: July 23, 2009 at 4:00 p.m.

Objections/Responses Received:

A. Objection of Developers Diversified Realty Corp. to the Debtors' Proposed Cure Amounts [Docket No. 507; filed 7/23/09]

B. Objection of Hawkins Companies LLC to the Debtors' Proposed Cure Amounts [Docket No. 508; filed 7/23/09]

Related Documents:

i. Order Under 11 U.S.C. §§ 105(a) and 365(a) and Fed. R. Bankr. P. 6006 (I) Authorizing Assumption of the Debtors' Unexpired Nonresidential Real Property Leases and (II) Fixing Cure Amounts [Docket No. 534; filed 7/30/09]

ii. Certification of Counsel in Support of Order (I) Authorizing Assumption of the Debtors' Unexpired Nonresidential Real Property Leases and (II) Fixing Cure Amounts [Docket No. 602; filed 8/13/09]

iii. Order Authorizing (I) Assumption of the Debtors' Unexpired Nonresidential Real Property Leases and (II) Fixing Cure Amounts [Docket No. 616; filed 8/14/09]

Status: The Court has previously entered orders with respect to the relief requested in the motion, except with respect to Developers Diversified Realty Corp. and Hawkins Companies LLC. The hearing on this matter with respect to Developers Diversified Realty Corp. and Hawkins Companies LLC is continued by agreement of the parties to the hearing scheduled for October 26, 2009 at 12:00 p.m. (noon).

3. Debtors' Fourth Omnibus (Non-Substantive) Objection to Certain Non-Goods 503(b)(9) Claims [Docket No. 464; filed 7/14/09]

Response Deadline: August 6, 2009 at 4:00 p.m.

Objections/Responses Received:

A. Response of Harold Snively to Objection to Claims (Fourth) Omnibus (Non-Substantive) [Docket No. 543; filed 7/30/09]

B. Informal Response of TDJ D/B/A Christensen Arms

Related Documents:

i. Order Granting Debtors' Fourth Omnibus (Non-Substantive) to Certain Non-Goods 503(b)(9) Claims [Docket No. 618; filed 8/14/09]

Status: The Court has previously entered an order with respect to all claims set forth in the motion except with respect to the claim(s) of Harold Snively and TDJ D/B/A Christensen Arms. The hearing on this matter with respect to the claim(s) of Harold Snively and TDJ D/B/A Christensen Arms is continued by agreement of the parties to the hearing scheduled for October 26, 2009 at 12:00 p.m. (noon).

4. Debtors' Fifth Omnibus (Non-Substantive) Objection to Certain Misclassified 503(b)(9) Claims [Docket No. 465; filed 7/14/09]

3

Response Deadline: August 6, 2009 at 4:00 p.m.

Objections/Responses Received:

A. Response of David Pook d/b/a Kamakazee Bait Company to the Debtors' Fifth Omnibus Objection [Docket No. 563; filed 8/4/09]

Related Documents:

i. Order Granting Debtors' Fifth Omnibus (Non-Substantive) Objection to Certain Misclassified 503(b)(9) Claims [Docket No. 619; filed 8/14/09]

Status: The Court has previously entered an order with respect to all claims set forth in the motion except with respect to the claim(s) of David Pook d/b/a Kamakazee Bait Company. The hearing on this matter with respect to the claim(s) of David Pook d/b/a Kamakazee Bait Company is continued by agreement of the parties to the hearing scheduled for October 26, 2009 at 12:00 p.m. (noon).

## III. UNCONTESTED MATTERS WITH CERTIFICATIONS OF NO OBJECTION:

5. Notice of Stipulation Modifying the Automatic Stay for Eileen Ann McDevitt to Allow Prosecution of Personal Injury Claim [Docket No. 565; filed 8/4/09]

   Response Deadline: September 4, 2009 at 4:00 p.m.

   Objections/Responses Received: None to date.

   Related Documents:

   i. Certification of No Objection [Docket No. 651; filed 9/9/09]

   Status: On September 9, 2009, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing is necessary unless the Court has any questions or concerns with respect to this matter.

6. Debtors' Seventh Omnibus (Non-Substantive) Objection to (A) Amended Claims and (B) Duplicate Claims Pursuant to 11 U.S.C. § 502(b), Fed. R. Bankr. P. 3007 and Del Bankr. L.R. 3007-1 [Docket No. 590; filed 8/11/09]

   Response Deadline: September 4, 2009 at 4:00 p.m.

   Objections/Responses Received: None.

   Related Documents:

   i. Certification of No Objection [Docket No. 648; filed 9/9/09]

Status: On September 9, 2009, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing is necessary unless the Court has any questions or concerns with respect to this matter.

7. Debtors' Ninth Omnibus Objection (Non-Substantive) to Satisfied Claims Pursuant to 11 U.S.C. § 502(b), Fed. R. of Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 [Docket No. 592; filed 8/11/09]

    Response Deadline: September 4, 2009 at 4:00 p.m.

    Objections/Responses Received: None.

    Related Documents:

    i. Certification of No Objection [Docket No. 649; filed 9/9/09]

    Status: On September 9, 2009, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing is necessary unless the Court has any questions or concerns with respect to this matter.

8. Debtors' Tenth Omnibus (Non-Substantive) Objection to Certain Misclassified Administrative Expense Requests [Docket No. 593; filed 8/11/09]

    Response Deadline: September 4, 2009 at 4:00 p.m.

    Objections/Responses Received: None.

    Related Documents:

    i. Certification of No Objection [Docket No. 650; filed 9/9/09]

    Status: On September 9, 2009, the Debtors filed a certification of no objection with respect to this matter. Accordingly, no hearing is necessary unless the Court has any questions or concerns with respect to this matter.

IV. **UNCONTESTED MATTER GOING FORWARD:**

9. Application for Reimbursement of Expenses Incurred By Members of the Official Committee of Unsecured Creditors During the Period from April 2, 2009 through July 21, 2009 [Docket No. 558; filed 7/31/09]

    Response Deadline: September 4, 2009 at 4:00 p.m.

    Objections/Responses Received: None.

    Related Documents: None.

    Status: The hearing on this matter will go forward.

## V. CONTESTED MATTERS GOING FORWARD:

10. Debtors' Eighth Omnibus (Non-Substantive) Objection to Certain Misclassified 503(b)(9) Claims [Docket No. 591; filed 8/11/09]

    Response Deadline: September 4, 2009 at 4:00 p.m.

    Objections/Responses Received:

    A. Response of Arrowdynamic Solutions to Debtors' Eighth Omnibus (Non-Substantive) Objection to Certain Misclassified 503(b)(9) Claims [Docket No. 644; filed 9/1/09]

    Related Documents: None to date.

    Status: The hearing on this matter will go forward.

11. Debtors' Eleventh Omnibus (Non-Substantive) Objection to Misclassified Priority Claims [Docket No. 594; filed 8/11/09]

    Response Deadline: September 4, 2009 at 4:00 p.m.

    Objections/Responses Received:

    A. Response of Arrowdynamic Solutions to Debtors' Eighth Omnibus (Non-Substantive) Objection to Certain Misclassified 503(b)(9) Claims [Docket No. 644; filed 9/1/09]

    Related Documents: None to date.

    Status: The hearing on this matter will go forward.

12. Debtors' Twelfth Omnibus (Non-Substantive) Objection to Certain Misclassified Shareholders' Claims Pursuant to 11 U.S.C. §§ 502(b) and 510(b), Fed. R. of Bankr. P. 3007 and Del. Bankr. L.R. 3007-1 [Docket No. 595; filed 8/11/09]

    Response Deadline: September 2, 2009 at 4:00 p.m.

    Objections/Responses Received: None.

    Related Documents:

    A. Informal Response of Dustin Grant [Not on Docket]

    Status: The hearing on this matter will go forward.

Dated: September 9, 2009
Wilmington, Delaware

*[signature]*
_____
Mark D. Collins (No. 2981)
Jason M. Madron (No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Stephen H. Warren (*pro hac vice*)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

*Co-Counsel for the Reorganized Debtors*